

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Beth Watkins, Justice — not participating in the decision
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

On August 31, 2022, this court issued its opinion and judgment in this appeal.

On September 13, 2022, Appellant filed a motion for rehearing and a motion for en banc reconsideration. Each contained the required certificate of compliance, and each reported a count of 11,123 words. Appellant also filed a motion to extend the word limits for her motion for rehearing and her motion for en banc reconsideration.

On September 15, 2022, we advised Appellant that her motion for rehearing and motion for en banc reconsideration exceeded the maximum length for a motion for rehearing: 4,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(D); *see also id.* R. 9.4(i)(1) ("Contents Included and Excluded"). We denied her motion to extend the word limits, and we struck her motion for rehearing and motion for en banc reconsideration.

We advised Appellant that if she wished to file amended motions, she must file them by September 26, 2022. We advised Appellant that any amended motions must fully comply with the applicable rules. *See, e.g., id.* R. 9.4, 9.5, 49.1, 49.5.

On September 23, 2022, Appellant filed an amended motion for rehearing and an amended motion for en banc reconsideration. The two motions are identical except for their title pages.

Each of the motions' certifications of compliance state that the document contains "4,498 words and is compliant with Rule 9.4(i)2)(B) [excluding] the portions of the brief exempted by Rule 9.4(i)(1)."

Having examined the motions, we conclude that Appellant's certifications of compliance are defective.

Rule 9.4 excludes certain portions of a document, but it states that "[i]n calculating the length of a document, every word and every part of the document, including headings, footnotes, and quotations must be counted." *See id.* R. 9.4(i)(1).

Here, counting *only* the argument section, Appellant's amended motions contain more than 11,800 words. Each motion approaches three times the allowable length. *Contra id.* R. 9.4(i).

We STRIKE Appellant's amended motion for rehearing and amended motion for en banc reconsideration. There are now no pending motions for rehearing on en banc reconsideration.

The deadline to file a motion for rehearing or en banc reconsideration was September 15, 2022. *See id.* R. 49.1. The deadline to file a motion for extension of time to file a motion for rehearing or en banc reconsideration was September 30, 2022. *See id.* R. 49.9.

The deadlines to file a motion for rehearing or motion for en banc reconsideration have passed. We will not consider any subsequent motions for rehearing or en banc reconsideration. If Appellant seeks further review, Appellant may file a petition for review with the Supreme Court of Texas. *See id.* R. 53.1.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ,
Clerk of Court